*If you see something, say something, 911.*

UNITED STATES DISTRICT COURT
~~Southern~~ Northern DISTRICT OF ~~New York~~ West Virginia

**FILED**
NOV 13 2023
U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

SERGE L. GORNEFF

Write the full name of each plaintiff.

3:23CV233

____CV____
(Include case number if one has been assigned)

-against-

Metropolitan Commercial Bank in NYC (CRYPTO.COM and defi wallet CRYPTO.COM)

## COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

*N/A*

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*N/A* _____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **SERGE GORNEFF**, is a citizen of the State of
(Plaintiff's name)

**USA (WV)**
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

*N/A*
.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __RUSLAN ILISHAYEV__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__N/A__.

If the defendant is a corporation:

The defendant, __R. ILISHAYEV__, is incorporated under the laws of

the State of __N/A__

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__SERGE__          __L.__          __GORNEFF__
First Name        Middle Initial   Last Name

__219 STEPHANIE WAY__
Street Address

__CHARLES TOWN__        __WV__        __25414__
County, City             State        Zip Code

__240-447-9687__         __sgorkeff@hotmail.com__
Telephone Number         Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Mr. RUSLAN ILISHAYEV
First Name        Last Name
Vice President MC Bank in NYC (CRYPTO.COM)
Current Job Title (or other identifying information)
99 PARK AVENUE, 12th floor
Current Work Address (or other address where defendant may be served)
New York                NY              10016
County, City  718-851-2105  State            Zip Code

Defendant 2: Ms. SAMIRA ASSIL
First Name        Last Name
Vice President of MC Bank in NYC (CRYPTO.com)
Current Job Title (or other identifying information)
99 PARK Ave.,
Current Work Address (or other address where defendant may be served)
New York                NY              10016
County, City            State            Zip Code

Defendant 3: Ms. ROSEANN MANOS
First Name        Last Name
MC Bank in NYC, Vice President (CRYPTO.COM)
Current Job Title (or other identifying information)
16 West 46th Street
Current Work Address (or other address where defendant may be served)
New York                NY              10036
County, City            State            Zip Code

Page 4

Defendant 4: **DAVID EISENBERGER**
First Name / Last Name

866.363-8226
800.052-7632
212.365-6700

Current Job Title (or other identifying information): Vice President of MC Bank in NYC (CRYPTO.COM)

Current Work Address (or other address where defendant may be served): 99 PARK Ave., 12th floor

County, City: New York   State: NY   Zip Code: 10016

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Metropolitan Commercial Bank in NYC (CRYPTO.COM, DEFI CRYPTO.COM)

Date(s) of occurrence: 11/1/2023

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I deposit my money to Metropolitan Commercial Bank in NYC (CRYPTO.COM). After has been transferred by bank to CRYPTO.COM and Defi Wallet CRYPTO.COM. My funds has been sent to pledging WITHOUT my authorization. Pledging is technically in Ponzi scheme in ETH Finance option. I can't withdraw my funds back to me. Customer service of MC Bank not working in this case. Hard copies of my funds transactions from my banks (CAPITAL One and CHASE) to MC Bank (CRYPTO.COM) can be declared at Request.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A
(damage to health, distabalized nervous system)

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Expecting return my funds (62,137 USDT)

I have opened a defi 3732 wallet Cypto.com account with the amount of 24,137 USDT. My business partner sent 38,000 USDT to this account which increased the principle of the account to 62,137 USDT. Later on December 13, 2022 this amount was transferred to pledging without my authorization and was blocked because the account did not meet the requirement of the pledging, which is having 100,000 in my account. In this matter is unauthorized transfer had been occurred.

As a result, I do not have an access to my account. Since, I was not informed of the pledging requirement in advance, I believe this activity is illegal and can be classified as fraud. Also according to the Patriot Act I feel it is my responsibility to notify you about this activity.

US CODE & 18,

FRAUD,

FALSE ADVERTISING,

CONSPIRACY,

WHITE COLLAR CRIMINAL ACTIVITY,

ORGANIZED CRIME,

Tax envision from ponzi scheme in Defi Crypto. Crypto application directly connected to Defi Crypto for transfer money and funds back and force anytime.

18 U.S.C. &371, 18 U.S. Code chapter 96; sections 157, 659, 891, 892, 893, 894, 1028, 1029, 1343, 1351, 1503, 1510, 1832, 1954, 1956.

To resolve the problem, I would appreciate you helping me to get an access to my account.

I am looking forward to your reply and resolution to my problem. I will wait to your response before seeking help from a consumer protection agency or other assistance. Please, contact me at the beloved address or by phone at 240 447 9687,

Sgorneff@hotmail.com

Thank you.

Sincerely yours,

Serge Gorneff